YERGEY•DAYLOR•ALLEBACH•SCHEFFEY•PICARDI
By: Gregory W. Philips, Esquire
ID # 87132
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400
610-323-4660 (f)

Attorney for North Coventry
Municipal Authority

UNITED STATES COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ERWIN K. WENNER,  :  Case No. 21-10597-amc
             Debtor  :  Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that Gregory W. Philips, Esquire, of the law firm of Yergey.Daylor.Allebach.Scheffey.Picardi, hereby enters his appearance on behalf of the Creditor, North Coventry Municipal Authority.

PLEASE TAKE FURTHER NOTICE that Counsel hereby requests that all notices given or required to be given in the above-captioned case, including, but not limited to, all papers filed and served and all notices mailed, be served upon him at the address below.

Date: 3/29/21

Gregory W. Philips, Esquire
Attorney for North Coventry
Municipal Authority
PO Box 776
1129 High Street
Pottstown, PA 19464-0776
Telephone: 610-323-1400