United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-10597-amc |
|---|---|
| Erwin K. Wenner | Chapter 7 |
| Erwin K. Wenner | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erwin K. Wenner, MAILING ADDRESS, PO Box 1093, Royersford, PA 19468-8193 |
| cr | | North Coventry Municipal Authority, Yergey Daylor Allebach Scheffey Picardi, 1129 E High Street, P.O. Box 776, Pottstown, PA 19464-0776 |
| cr | | North Coventry Water Authority, Yergey Daylor Allebach Scheffey Picardi, 1129 E. High Street, P.O. Box 776, Pottstown,, PA 19464-0776 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: collections@customersbank.com | Jun 04 2021 03:09:00 | Customers Bank f/k/a New Century Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| GREGORY W. PHILIPS | on behalf of Creditor North Coventry Municipal Authority gwphilips@ydasp.com  philipslaw@comcast.net |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: pdf900 | Total Noticed: 4 |

GREGORY W. PHILIPS
    on behalf of Creditor North Coventry Water Authority gwphilips@ydasp.com philipslaw@comcast.net

JOSEPH L QUINN
    on behalf of Debtor Erwin K. Wenner CourtNotices@rqplaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Times Square Revolving Trust bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor Customers Bank f/k/a New Century Bank rmcdowell@slgcollect.com pwirth@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Erwin K. Wenner  Debtor(s) | | CHAPTER 7 |
| Times Square Revolving Trust  Movant  vs. | | NO. 21-10597 AMC |
| Erwin K. Wenner  Debtor(s) | | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.  Trustee | | |

## ORDER

AND NOW, this ____ day of _____, 2021 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 20 East Main Street, Pottstown, PA 19465 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 3, 2021**

_____
United States Bankruptcy Judge.